# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| KATHY J. JAMES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00090-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2014, Order.

September 19, 2014

_____

Frank G. Johns, Clerk
United States District Court